UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cr-80162-Hurley

UNITED STATES OF AMERICA

v.

AVIATION FUEL INTERNATIONAL,
INC. and SEAN E. WAGNER,

        Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The United States of America, by and through the undersigned Trial Attorneys, hereby files this notice of unavailability. On October 22, 2013, this Court reset the status conference for a report regarding counsel as to Aviation Fuel International, Inc. for October 25, 2013 at 10:00 AM. Counsel for the United States is experiencing difficulty making appropriate travel arrangements from Washington, D.C. to attend this hearing due to limited flight and hotel availability. Therefore, the United States files this notice of unavailability to attend a hearing on October 25, 2013 and informs the Court that counsel is available to attend a hearing on October 29, 2013 at 10:30 AM.

DATED this 22nd day of October, 2013.    Respectfully submitted,

/s/ Craig Lee
Craig Y. Lee, Bar #A5501111
Shane Cralle, Bar #A5501839
Natasha Smalky, Bar #A5501851
Trial Attorneys
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11300
Washington, DC 20530
(202) 307-1044
Craig.Lee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, a true and correct copy of the foregoing Notice was filed electronically through the Electronic Case Filing System.

        /s/  Craig Lee
Craig Y. Lee, Trial Attorney
Special Bar No. #A5501111
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11300
Washington, DC  20530
(202) 307-1044
Craig.Lee@usdoj.gov