AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

USA

FILED by _VH_ D.C.
NOV 2 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## EXHIBIT AND WITNESS LIST

V. AVIATION FUEL INTERNATIONAL, INC   Case Number: 13-80162-CR-HURLEY

| PRESIDING JUDGE WILLIAM MATTHEWMAN | PLAINTIFF'S ATTORNEY SHANE CRALE, CRAIG | DEFENDANT'S ATTORNEY MARY PERRY |
|---|---|---|
| ~~TRIAL~~ DATE(S) EVID. HRG 11/20/2013 | COURT REPORTER DULCE ORTIZ-FITZGERALD | COURTROOM DEPUTY K. ZUNIGA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/20/13 | ✓ | ✓ | COURT EXHIBIT #1 - STOCK PURCHASE AGREEMENT BETWEEN FUELSTREAM, INC (AS BUYER) AND SEAN WAGNER (AS SELLER) DECEMBER 14, 2011 (17 PAGES) |
| | | 11/20/13 | ✓ | ✓ | COURT EXHIBIT #2 - COMPOSITE EXHIBIT INVOICE - JET FUEL ASSOCIATES, CITIBANK BANK STATEMENT, COPY OF CITIBANK CHECKS, CITIBANK BANK STATEMENT (10 PAGES) |
| | | 11/20/13 | ✓ | ✓ | COURT EXHIBIT #3 COPY OF PRESS RELEASE - DATED OCTOBER 24, 2013 - "COURT DECLARES FUELSTREAM ABLE TO COLLECT ON $600,000 IN AIRCRAFT FUEL LIENS" (1 PAGE) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages