# Jet Fuel Associates, Inc.

**Aviation Consulting Services**

8509 NW 68th Street  
Miami, FL  33166

**DATE:** May 15, 2013  
**INVOICE #** SVC051513-01  
**FOR:** *FET Consulting*

**Bill To:**  
Aviation Fuel International, Inc.  
510 Shotgun Rd Suite 110  
Sunrise, FL  33326  
954-423-5345

| DESCRIPTION | AMOUNT |
|---|---:|
| 1. Confirm current Form 637 status and/or eligibility | 9,000.00 |
| 2. Research tax registration in all 50 US States | |
| 3. Prepare tax registrations if applicable | |
| **TOTAL** | **$ 9,000.00** |

Make all checks payable to **Jet Fuel Associates, Inc.**

**COURT EXHIBIT**

CASE NO. *13-80162 CR-HURLEY*

EXHIBIT NO. *2*



citibank

Application links | Useful links | The Source | Concierge

Welcome | Customer | Table | ECRM | Citiplanner | BI Portal | RSM | Referral | B

GCIF SSN RALPH R CATALA

Home | My Activities | Relationship Management | Sales Management | FC Functions | Citigroup Links

**AVIATION FUEL INTERNATIONAL, INC.**

**Transaction Detail: CB STREAMLINED CHKG: 9136521926**

CIN
5571340046250169

ACCOUNT QUICK PICK
CKG 9136521926

[redacted]

PROFILES IN SESSION
AVIATION FUEL INTER
R CATALA

### Transaction Detail

| Date | Type | Description | Batch Track# |
|---|---|---|---|
| 05/29/2013 | BA FUNDS TRN OUT | BA FUNDS TRN OUT, WIRE TO Rosa Fisher | 0710121228455C |

16576 Weston -Country Isles | 11-19-2013 (Tue) | 2:39:33 PM | JM06144

Error on page. Trusted sites | Protected Mode: Off

| Month | Month Interest | Total Interest | Balance |
|---|---|---|---|
| 1 | $ 810.00 | $ 810.00 | $ 54,810.00 |
| 2 | $ 822.15 | $ 1,632.15 | $ 55,632.15 |
| 3 | $ 834.48 | $ 2,466.63 | $ 56,466.63 |
| 4 | $ 847.00 | $ 3,313.63 | $ 57,313.63 |
| 5 | $ 859.70 | $ 4,173.34 | $ 58,173.34 |
| 6 | $ 872.60 | $ 5,045.94 | $ 59,045.94 |
| 7 | $ 885.69 | $ 5,931.63 | $ 59,931.63 |
| 8 | $ 898.97 | $ 6,830.60 | $ 60,830.60 |
| 9 | $ 912.46 | $ 7,743.06 | $ 61,743.06 |
| 10 | $ 926.15 | $ 8,669.20 | $ 62,669.20 |
| 11 | $ 940.04 | $ 9,609.24 | $ 63,609.24 |
| 12 | $ 954.14 | $ 10,563.38 | $ 64,563.38 |
| 13 | $ 968.45 | $ 11,531.83 | $ 65,531.83 |
| 14 | $ 982.98 | $ 12,514.81 | $ 66,514.81 |
| 15 | $ 997.72 | $ 13,512.53 | $ 67,512.53 |
| 16 | $ 1,012.69 | $ 14,525.22 | $ 68,525.22 |
| 17 | $ 1,027.88 | $ 15,553.10 | $ 69,553.10 |
| 18 | $ 1,043.30 | $ 16,596.39 | $ 70,596.39 |
| 19 | $ 1,058.95 | $ 17,655.34 | $ 71,655.34 |
| 20 | $ 1,074.83 | $ 18,730.17 | $ 72,730.17 |
| 21 | $ 1,090.95 | $ 19,821.12 | $ 73,821.12 |
| 22 | $ 1,107.32 | $ 20,928.44 | $ 74,928.44 |
| 23 | $ 1,123.93 | $ 22,052.37 | $ 76,052.37 |
| 24 | $ 1,140.79 | $ 23,193.15 | $ 77,193.15 |
| 25 | $ 1,157.90 | $ 24,351.05 | $ 78,351.05 |
| 26 | $ 1,175.27 | $ 25,526.31 | $ 79,526.31 |
| 27 | $ 1,192.89 | $ 26,719.21 | $ 80,719.21 |
| 28 | $ 1,210.79 | $ 27,930.00 | $ 81,930.00 |
| 29 | $ 1,228.95 | $ 29,158.95 | $ 83,158.95 |
| 30 | $ 1,247.38 | $ 30,406.33 | $ 84,406.33 |
| 31 | $ 1,266.09 | $ 31,672.43 | $ 85,672.43 |
| 32 | $ 1,285.09 | $ 32,957.51 | $ 86,957.51 |
| 33 | $ 1,304.36 | $ 34,261.88 | $ 88,261.88 |
| 34 | $ 1,323.93 | $ 35,585.80 | $ 89,585.80 |
| **35** | **$ 1,343.79** | **$ 36,929.59** | **$ 90,929.59** |

Base amount: $54,000.00
Interest Rate: 18%
Effective Annual Rate: 19.56%
Calculation period: 35 months

| Month | Month Interest | Total Interest | Balance |
|---|---|---|---|
| 1 | $ 463.94 | $ 463.94 | $ 31,393.53 |
| 2 | $ 470.90 | $ 934.85 | $ 31,864.44 |
| 3 | $ 477.97 | $ 1,412.81 | $ 32,342.40 |
| 4 | $ 485.14 | $ 1,897.95 | $ 32,827.54 |

## Standard Calculation

Base amount: $30,929.59
Interest Rate: 18%
Effective Annual Rate: 19.56%
Calculation period: 4 months



citibank Application links | Useful links | The Source | Concierge | Quick Jump

Welcome | Customer | Table | ECRM | Citiplanner | BI Portal | RSM | Referral | Book of Business | Sign-Off

GCIF SSN RALPH R CATALA Opt Out:

Tuesday, November 19, 201

Home | My Activities | Relationship Management | Sales Management | FC Functions | Citigroup Links

AVIATION FUEL INTERNATIONAL, INC.

Transaction Detail: CB STREAMLINED CHKG: 9136521926

CIN

5571340048250169

ACCOUNT QUICK PICK

CKG 9136521926

[redacted]

PROFILES IN SESSION

AVIATION FUEL INTER

R CATALA

## Transaction Detail

| Date | Type | Description | Batch Track# | Amount |
|---|---|---|---|---|
| 05/29/2013 | BA FUNDS TRN OUT | BA FUNDS TRN OUT, WIRE TO Rosa Fisher | 071012122845500000 | $60,000.00 |

16576 Weston -Country Isles | 11-19-2013 (Tue) | 2:39:33 PM | JM06144 | USGCG | ECLIPSE_PROD

Error on page. Trusted sites | Protected Mode: Off 100%

| Month | Month Interest | Total Interest | Balance |
| --- | --- | --- | --- |
| 1 | $ 810.00 | $ 810.00 | $ 54,810.00 |
| 2 | $ 822.15 | $ 1,632.15 | $ 55,632.15 |
| 3 | $ 834.48 | $ 2,466.63 | $ 56,466.63 |
| 4 | $ 847.00 | $ 3,313.63 | $ 57,313.63 |
| 5 | $ 859.70 | $ 4,173.34 | $ 58,173.34 |
| 6 | $ 872.60 | $ 5,045.94 | $ 59,045.94 |
| 7 | $ 885.69 | $ 5,931.63 | $ 59,931.63 |
| 8 | $ 898.97 | $ 6,830.60 | $ 60,830.60 |
| 9 | $ 912.46 | $ 7,743.06 | $ 61,743.06 |
| 10 | $ 926.15 | $ 8,669.20 | $ 62,669.20 |
| 11 | $ 940.04 | $ 9,609.24 | $ 63,609.24 |
| 12 | $ 954.14 | $ 10,563.38 | $ 64,563.38 |
| 13 | $ 968.45 | $ 11,531.83 | $ 65,531.83 |
| 14 | $ 982.98 | $ 12,514.81 | $ 66,514.81 |
| 15 | $ 997.72 | $ 13,512.53 | $ 67,512.53 |
| 16 | $ 1,012.69 | $ 14,525.22 | $ 68,525.22 |
| 17 | $ 1,027.88 | $ 15,553.10 | $ 69,553.10 |
| 18 | $ 1,043.30 | $ 16,596.39 | $ 70,596.39 |
| 19 | $ 1,058.95 | $ 17,655.34 | $ 71,655.34 |
| 20 | $ 1,074.83 | $ 18,730.17 | $ 72,730.17 |
| 21 | $ 1,090.95 | $ 19,821.12 | $ 73,821.12 |
| 22 | $ 1,107.32 | $ 20,928.44 | $ 74,928.44 |
| 23 | $ 1,123.93 | $ 22,052.37 | $ 76,052.37 |
| 24 | $ 1,140.79 | $ 23,193.15 | $ 77,193.15 |
| 25 | $ 1,157.90 | $ 24,351.05 | $ 78,351.05 |
| 26 | $ 1,175.27 | $ 25,526.31 | $ 79,526.31 |
| 27 | $ 1,192.89 | $ 26,719.21 | $ 80,719.21 |
| 28 | $ 1,210.79 | $ 27,930.00 | $ 81,930.00 |
| 29 | $ 1,228.95 | $ 29,158.95 | $ 83,158.95 |
| 30 | $ 1,247.38 | $ 30,406.33 | $ 84,406.33 |
| 31 | $ 1,266.09 | $ 31,672.43 | $ 85,672.43 |
| 32 | $ 1,285.09 | $ 32,957.51 | $ 86,957.51 |
| 33 | $ 1,304.36 | $ 34,261.88 | $ 88,261.88 |
| 34 | $ 1,323.93 | $ 35,585.80 | $ 89,585.80 |
| **35** | **$ 1,343.79** | **$ 36,929.59** | **$ 90,929.59** |

Base amount: $54,000.00
Interest Rate: 18%
Effective Annual Rate: 19.56%
Calculation period: 35 months

| Month | Month Interest | Total Interest | Balance |
|---|---|---|---|
| 1 | $ 463.94 | $ 463.94 | $ 31,393.53 |
| 2 | $ 470.90 | $ 934.85 | $ 31,864.44 |
| 3 | $ 477.97 | $ 1,412.81 | $ 32,342.40 |
| **4** | **$ 485.14** | **$ 1,897.95** | **$ 32,827.54** |

## Standard Calculation

Base amount: $30,929.59
Interest Rate: 18%
Effective Annual Rate: 19.56%
Calculation period: 4 months



202333401 NEW 10/07 8710061027

1A 1B

OFFICIAL CHECK

FOR YOUR PROTECTION SAVE THIS COPY

citibank®
Citibank, N.A.

# OFFICIAL CHECK

**SERVICE INSTRUCTIONS**
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

170375233

62-20
311

FC# 00676 FA# 006 $0.00 ONL PIC DATE 05/28/13
036-05 Ck. Ser.# 170375233 *****18,000.00***

PAY ****EIGHTEEN THOUSAND DOLLARS****

TO THE ORDER OF ****KEVIN BLANCO****

NAME OF REMITTER AVIATION FUEL INTERNATIONAL, INC.
ADDRESS LOAN REPAYMENT

Citibank, N.A. One Penn's Way
New Castle, DE 19720

NON NEGOTIABLE

**TERMS**
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

REMITTER COPY

---

202333401 NEW 10/07 8710061027

OFFICIAL CHECK

FOR YOUR PROTECTION SAVE THIS COPY

citibank®
Citibank, N.A.

# OFFICIAL CHECK

**SERVICE INSTRUCTIONS**
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

170375234

62-20
311

FC# 00676 FA# 006 $0.00 ONL PIC DATE 05/29/13
036-05 Ck. Ser.# 170375234 *****50,000.00***

PAY ****FIFTY THOUSAND DOLLARS****

TO THE ORDER OF ****NORONA LIMITED LLC****

NAME OF REMITTER AVIATION FUEL INTERNATIONAL, INC.
ADDRESS GUARANTEE FUEL STREAM RENT

Citibank, N.A. One Penn's Way
New Castle, DE 19720

NON NEGOTIABLE

**TERMS**
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

REMITTER COPY

| | |
|---|---|
| Citibank CBO Services    576<br>P.O. Box 769018<br>San Antonio, Texas 78245 | 0-0/R1/04F016<br>000<br>CITIBANK, N. A.<br>**Account**<br>**9136521926** |
| AVIATION FUEL INTERNATIONAL, INC.<br>510 SHOTGUN ROAD Suite 110<br>SUNRISE                    FL 33326 | **Statement Period**<br>**May 15 - May 31, 2013** |

Page 1 of 2

**Relationship Summary:**

| | |
|---|---|
| Checking | $151.39 |
| Savings | ----- |
| Checking Plus | ----- |

**Help protect yourself from fraud**
Awareness is the key to protecting yourself from fraud. Never provide personal information in response to an unsolicited request by fax, phone, email or mail. Immediately delete suspicious emails without opening them. Always be aware of the source of checks that are deposited to your account. Avoid becoming a victim and protect your information and your accounts. If you have any questions, please call us at 1-800-274-6660. In the NY metro area, call 1-800-627-3999.

**CitiBusiness Streamlined Checking**

**9136521926**

| | | Beginning Balance: | $0.00 |
|---|---|---|---|
| | | Ending Balance: | $151.39 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/15 | DEPOSIT | | 50.00 | 50.00 |
| 05/20 | FUNDS TRANSFER<br>WIRE FROM FEDERA  AVIATION  ITLE CO LLC    May 20 | | 2,000.00 | 2,050.00 |
| 05/20 | WITHDRAWAL | 1,500.00 | | 550.00 |
| 05/21 | SERVICE CHARGES<br>INCOMING WIRE    FEE      F013140053EE01  May 21 | 12.00 | | 538.00 |
| 05/21 | WITHDRAWAL | 400.00 | | 138.00 |
| 05/23 | DEBIT CARD     Card Ending in 0151<br>1170 WESTON RD       FT LAUDERDALEFLUS0215 | 26.46 | | 111.54 |
| 05/24 | DEBIT CARD PURCH Card Ending in 0151<br>Q9ZWQ232              0151 May 24<br>GRAND LUX CAFE #5006   SUNISE      FL 13143 | 56.45 | | 55.09 |
| 05/28 | DEBIT CARD PURCH Card Ending in 0151<br>3V3W78YF              0151 May 28<br>SHELL OIL 57543604300  DAVE      FL 13144 | 50.00 | | 5.09 |
| 05/29 | FUNDS TRANSFER<br>WIRE FROM FEDERA  AVIATION  ITLE CO LLC    May 29 | | 150,000.00 | 150,005.09 |
| 05/29 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 14.00 | | 149,991.09 |
| 05/29 | WITHDRAWAL | 9,000.00 | | 140,991.09 |
| 05/29 | WITHDRAWAL | 10,000.00 | | 130,991.09 |
| 05/29 | WITHDRAWAL | 18,000.00 | | 112,991.09 |
| 05/29 | WITHDRAWAL | 50,000.00 | | 62,991.09 |
| 05/29 | CBUSOL TRANSFER DEBIT<br>WIRE TO Rosa Fisher | 60,000.00 | | 2,991.09 |
| 05/30 | SERVICE CHARGES<br>INCOMING WIRE    FEE      F0131490327B01  May 30 | 12.00 | | 2,979.09 |
| 05/30 | DEBIT CARD     Card Ending in 0151<br>CVS 03609 03609--1120 WWeston      FLUS0015 | 20.53 | | 2,958.56 |
| 05/30 | DEBIT CARD     Card Ending in 0169<br>OFFICE DEPOT 00 DAVIE(WWESTON      FLUS0015 | 426.75 | | 2,531.81 |

AVIATION FUEL INTERNATIONAL, INC.    Account 9136521926    Page 2 of 2    0-0/R1/04F016
Statement Period: May 15 - May 31, 2013

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/31 | DEBIT CARD PURCH Card Ending in 0151<br>J6BDSK00           0151 May 31<br>ESURANCE CAR INSURANCE 800378-7262 CA 13150 | 1,321.08 | | 1,210.73 |
| 05/31 | ACH DEBIT<br>BMW BANK      BMWFS PYMT 140211855      May 31 | 1,059.34 | | 151.39 |
| | **Total Debits/Credits** | **151,898.61** | **152,050.00** | |

IF YOU HAVE QUESTIONS ON:   YOU CAN CALL:   YOU CAN WRITE:

Checking

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2013 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.