Thu, Oct 24, 2013, 5:24pm EDT - US Markets are closed

# Court Declares Fuelstream Able to Collect on $600,000 in Aircraft Fuel Liens

**GlobeNewswire** **Press Release**: Fuelstream, Inc. – Mon, Oct 21, 2013 7:00 AM EDT

SUNRISE, Fla., Oct. 21, 2013 (GLOBE NEWSWIRE) -- Fuelstream, Inc. (FLST) ("Fuelstream" or the "Company") announced today that the U.S. Bankruptcy Court for the Northern District of Illinois has ordered that Aviation Fuel International, a wholly-owned subsidiary of the Company, is able to collect against fuel liens that it filed against certain aircraft owned and/or operated by Ryan International Airlines, Inc. notwithstanding Ryan's filing of a bankruptcy petition to expunge the liens. The liens in question amount to approximately $600,000, which the Company intends to use as working capital for its business.

Robert Catala, CEO commented: "We are pleased with the decision of the Court which has vindicated efforts by the Company to enforce legitimate liens against aircraft for which it supplied aviation fuel. We expect that the court's decision will help aviation fuel buyers and sellers alike better understand the enforceability of aircraft fuel liens to enforce payment for fuel deliveries."

## About Fuelstream

Fuelstream is an operating fuel logistics company that concentrates its supply chain management efforts in the distribution of aviation fuel to corporate, commercial, military, and privately-owned aircraft throughout the world. Currently, a majority of the Company's fuel and related services are concentrated in the sourcing, purchase and delivery of (Jet-A) fuel "into the wing" of private and commercial aircraft at various airports. With offices in Sunrise, Florida and Johannesburg South Africa, the Company intends to supply a variety of ground services either directly or through its affiliates, including concierge services, passenger and baggage handling, landing rights, coordination with local aviation authorities, aircraft maintenance services, catering, cabin cleaning, customs approvals, and third-party invoice reconciliations. For more information please visit *www.thefuelstream.com*.

## Safe Harbor and Forward-Looking Statements

This press release contains certain forward-looking statements regarding possible future circumstances. These forward-looking statements are based upon the Company's current expectations and assumptions and are subject to various risks and uncertainties that could cause actual results to differ materially from those contemplated in such forward-looking statements including, in particular, any risks and uncertainties with respect to the Company's operations, as well as those contained in the Company's quarterly, annual, and periodic filings with the Securities and Exchange Commission. Actual results, events, and performance may differ. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as to the date hereof. The Company undertakes no obligation to release publicly any revisions to these forward-looking statements that may be made to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events. The inclusion of any statement in this release does not constitute an admission by the Company or any other person that the events or circumstances described in such statements are material.

**COURT EXHIBIT**

CASE NO. 13-80162-CR-HURLEY

EXHIBIT NO. 3