# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

Courtroom Number # 2          Date: 03/06/2014          Time: 11:00 A.M.

Defendant: SEAN E. WAGNER (B)  J#: _____   Case #: 13-80162-Cr-Hurley/Hopkins

AUSA: CRAIG LEE ✓  SHANE CRALLE   Attorney: JAMES GAILEY-RETAINED ✓

Violation: 18:1349          Agent: S/A ROBERT KOONS-DOD

Proceeding: CHANGE OF PLEA          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond: _____

Bond Set at: $200,000 PSB (JMH)          Co-signed by: _____

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: Change of Plea held. Deft. present w/counsel - sworn 1st. All parties consent to proceed before this court for change of plea. Gov't proffers evidence. Deft. agrees to plead guilty to Count 1 & Gov't agrees to dismiss Counts 2-5 of the Indictment. Written Plea Agreement filed. Deft. now withdraws his not guilty plea to guilty plea. Court finds Deft. knowingly & voluntarily entered his guilty plea. Court accepts & adjudicates Deft. guilty. PSI ordered. Sentencing to be set before Judge Hurley.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:57:12          Time in Court: 1 Hour

Courtroom Deputy: Sandra Acevedo