# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80162-CR-HURLEY

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.

**SEAN E. WAGNER,**
  **Defendant.**
_____/

### ORDER DENYING JOINT MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** comes before the court upon joint motion from the parties in the above captioned case, [DE 92], filed April 24, 2014, to continue the sentencing hearing presently set for May 15, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

The motion to continue the sentencing hearing is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of April, 2014.

**copy furnished:**
AUSA Shane Cralle
AUSA Craig Y. Lee
James R. Gailey, Esq.
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge